# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DWAYNE ROEBUCK, SR.,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 17-CV-1219-SMY-RJD |
| **LILLIAN OVERALL and STEPHANIE ETCHASON,** | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 50), recommending the granting of Defendants' Motion to Summary Judgment (Doc. 33). No objections have been filed to the Report. For the following reasons, Judge Daly's Report is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusions that Defendants are entitled to summary judgment on Plaintiff's claim that they were deliberately indifferent to his tooth infection and pain in violation of the Eighth Amendment. The Court finds no clear error in Judge Daly's findings, analysis and conclusions, and adopts her Report and Recommendation in its entirety. Accordingly, Defendant's Motion for Summary Judgment (Doc. 33) is **GRANTED**.

The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: September 13, 2019**

**STACI M. YANDLE**
**United States District Judge**